IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JIMMY DON HODGES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:18-CV-98-RP-JCM |
| GC SERVICES LP, | § § § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Jimmy Don Hodges' ("Hodges") Notice of Voluntary Dismissal. (Dkt. 4). In his notice, Hodges indicates that he is voluntarily dismissing his claims against Defendant GC Services, LP ("GC Services") without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). GC Services has not served an answer or a motion for summary judgment. The Court therefore **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. All costs shall be taxed to the party incurring them. This action is **CLOSED**.

**SIGNED** on June 20, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE